**Order entered September 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01591-CR

### CHARLES LEE GALLAMORE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-85499-2013**

## ORDER

The Court **GRANTS** appellant's second motion to extend time to file his brief.

We **ORDER** appellant to file the brief within THIRTY (30) DAYS from the date of this

order.

/s/    ADA BROWN
          JUSTICE